FILED

03/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0325

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0325

---

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DEBORAH MICHELLE LARSON,

      Defendant and Appellant.

---

## GRANT

---

Upon consideration of Appellant's motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that the Appellant is given an extension of time until March 22, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 14 2024